UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUERTA,<br><br>                           Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>                          Defendants. | Case No.: 18cv1640-MMA-LL<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO TELEPHONIC** |

On January 24, 2020, the Court reset the Mandatory Settlement Conference in this matter for June 30, 2020 at 1:30 p.m. ECF No. 30. Due to public health concerns and physical distancing requirements, the Court **CONVERTS** the MSC into a telephonic conference for all attendees. To facilitate the telephonic format of this conference, the Court **ORDERS** the following:

      1.     The Court will begin the MSC with all required participants on its teleconference line. The Parties shall use the dial-in information that will be filed by the Court as a **separate notice** on the docket. **The notice will be restricted to case participants only.**

      2.     Counsel and parties or client representatives with **full settlement authority** for each party must be **immediately available by telephone** for the duration of the MSC.

      3.     Throughout this window of time, the Court will initiate separate, confidential

calls with Plaintiff and Defendants, respectively. Each party must provide the Court with a single phone number to use to initiate these calls, with both counsel and parties or representatives already conferenced in and ready to engage in settlement discussions. The parties must e-mail the Court at efile_lopez@casd.uscourts.gov no later than **June 15, 2020** to provide each party's preferred phone number for the MSC, and any other necessary call-in information for the Court (i.e., conference line passcodes).

All other deadlines and requirements remain as set. ECF Nos. 28, 30.

**IT IS SO ORDERED.**

Dated:  May 20, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge